AUSA: THOMAS JOHN WRIGHT

**23 MAG 6610**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANK ALICEA,<br>   a/k/a "Frank White,"<br><br>                    Defendant. | **SEALED COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 924(c) and 2;<br>21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(C)<br><br>COUNTY OF OFFENSE:<br>NEW YORK |

SOUTHERN DISTRICT OF NEW YORK, ss.:

      Christopher Serotta, being duly sworn, deposes and says that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), and charges as follows:

### COUNT ONE
### (Narcotics Distribution)

    1.    On or about May 17, 2022, in the Southern District of New York and elsewhere, FRANK ALICEA, a/k/a "Frank White," the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

    2.    The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine base, in a form commonly referred to as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(C).

    (Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

### COUNT TWO
### (Firearm Offense)

    3.    On or about May 17, 2022, in the Southern District of New York and elsewhere, FRANK ALICEA, a/k/a "Frank White," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count One of this Complaint, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm.

    (Title 18, United States Code, Section 924(c)(1)(A)(i).)

### COUNT THREE
### (Narcotics Distribution)

    4.    On or about February 13, 2023, in the Southern District of New York and elsewhere, FRANK ALICEA, a/k/a "Frank White," the defendant, intentionally and knowingly

distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

5.      The controlled substance involved in the offense was mixtures and substances containing a detectable amount of cocaine base, in a form commonly referred to as "crack," in violation of Title 21, United States Code, Section 841(b)(1)(C).

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

## COUNT FOUR
**(Firearms Offense)**

6.      On or about February 13, 2023, in the Southern District of New York and elsewhere, FRANK ALICEA, a/k/a "Frank White," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the drug trafficking crime charged in Count Three of this Complaint, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm.

(Title 18, United States Code, Section 924(c)(1)(A)(i).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

7.      I am a Special Agent with the FBI. I have been personally involved in the investigation of this matter, which I have conducted with other members of the FBI and with members of the New York City Police Department ("NYPD"). This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses, and others, my review of audio and video recordings of controlled purchases, as well as my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

8.      Based on my involvement in this investigation, including my review of audio and video recordings, my conversations with a confidential informant (the "CI")[1], my conversations with other law enforcement officers who spoke with the CI, my conversations with other law enforcement officers who were directly involved in the events described below, and my review of reports and records, I have learned the following:

a. In or about January 2021, the CI informed a detective with the NYPD ("Detective-1") that FRANK ALICEA, a/k/a "Frank White," the defendant (identified by the CI in a single

---

[1] The CI has been working for the NYPD since approximately 2015 as a paid informant. The CI was convicted of petit larceny, a misdemeanor, in 2021, and resisting arrest, another misdemeanor, in 2016. The CI has been paid approximately $3,000 in connection with this investigation, and approximately $10,000 in total by the NYPD. The information that the CI has provided in connection with this investigation has proven reliable and has been independently corroborated by other evidence, including audio and video recordings.

2

photograph), sold narcotics in and around New York, New York, and the CI agreed to attempt to make controlled purchases from ALICEA.

      b. Subsequently, Detective-1 and other officers with the NYPD, utilizing the CI, conducted approximately twenty-three controlled purchases of narcotics, firearms, or both from ALICEA between on or about January 8, 2021 and on or about February 13, 2023.

      c. During a controlled purchase on or about May 17, 2022, the CI purchased a quantity of cocaine and a .22-caliber pistol from ALICEA.

      d. During a controlled purchase on or about February 13, 2023, the CI purchased a quantity of cocaine and a nine-millimeter-caliber pistol from ALICEA.

      e. As described in more detail below, during the controlled purchases on May 17, 2022 and February 13, 2023, the CI was outfitted with an audio and video recording device, and was searched for contraband prior to and after the purchases. Detective-1, who I have spoken with concerning these two buys, conducted physical surveillance of a portion of each of these controlled purchases. I have also reviewed the audio and video recordings the CI made of these controlled purchases. Additionally, Detective-1 was present when the CI met with members of law enforcement at the end of these controlled purchases, and I spoke to Dective-1 concerning his personal observation of the CI producing to members of law enforcement the firearms and narcotics purchased from ALICEA.

## May 17, 2022 Controlled Purchase

9. Based on my conversations with Detective-1 and my review of a report of a conversation between Detective-1 and the CI, I know that prior to May 17, 2022, at the direction of law enforcement, the CI contacted FRANK ALICEA, a/k/a "Frank White," the defendant, and asked to purchase a firearm. The CI informed ALICEA, in substance and in part, that the CI wanted the firearm to use for protection while selling drugs.

10. Based on my conversations with Detective-1, my review of a report prepared by Detective-1, and my review of audio and video recordings, I know the following about a controlled purchase that took place on or about May 17, 2022:

      a. On or about May 17, 2022, Detective-1 and another member of the NYPD ("Officer-1") met with the CI at approximately 2:10 PM in New York, New York to carry out a controlled purchase of a firearm and crack from FRANK ALICEA, a/k/a "Frank White," the defendant.

      b. Officer-1 and Detective-1 searched the CI for contraband and found nothing, outfitted the CI with a video and audio recording device, and provided the CI with $700. Then, in Detective-1's presence, the CI placed a telephone call to ALICEA (whose voice the CI recognized) and arranged to meet with ALICEA at a particular apartment inside an apartment building on East 102nd Street in New York, New York (the "Apartment" and "Apartment Building," respectively).

      c. Subsequently, Detective-1 observed the CI enter the Apartment Building. Detective-1 was not able to physically surveil the CI after the CI entered the Apartment Building,

but Detective-1 continued to monitor the transaction through the audio and video recording device the CI carried.

        d. Subsequently, Detective-1 observed the CI exit the Apartment Building, and the CI then met with Detective-1 and Officer-1 at a prearranged meeting location. There, the CI handed Detective-1 ten bags containing a white, rock-like substance, a .22-caliber pistol, and one hundred rounds of .22-caliber ammunition, which the CI stated, in substance and in part, the CI had purchased from ALICEA.

    11. Based on my review of a laboratory report obtained from the NYPD, I have learned, in substance and in part, that the substance the CI purchased from FRANK ALICEA, a/k/a "Frank White," the defendant, on or about May 17, 2022, tested positive for the presence of cocaine base.

### February 13, 2023 Controlled Purchase

    12. Based on my conversations with Detective-1, my review of a report prepared by Detective-1, and my review of a recording created by the CI, I know the following about a controlled purchase that took place on or about February 13, 2023:

        a. On or about February 13, 2023, Detective-1 and two other members of the NYPD ("Officer-2" and "Officer-3") met with the CI at approximately 1:05 PM in New York, New York to carry out a controlled purchase of a firearm and narcotics from FRANK ALICEA, a/k/a "Frank White," the defendant. Officer-2, Officer-3, and Detective-1 searched the CI for contraband and found nothing, outfitted the CI with a video and audio recording device, and provided the CI with $1,150. Then, in Detective-1's presence, the CI placed a telephone call to ALICEA and arranged to meet with him at the Apartment.

        b. Subsequently, Detective-1 observed the CI enter the Apartment Building. Detective-1 was not able to physically surveil the CI after he entered the Apartment Building, but Detective-1 continued to monitor the transaction through the audio and video recording device the CI carried. While inside the Apartment Building, the CI asked ALICEA, in substance and in part, whether ALICEA had the "five grams" to sell him, and ALICEA replied that he did not but would take the CI to go get the "five grams." Based on my training, experience, and participation in this investigation, I believe ALICEA was telling the CI that ALICEA would retrieve approximately five grams of crack from another location to sell to the CI.

        c. Additionally, while the CI and ALICEA were in the Apartment Building, ALICEA communicated to the CI that ALICEA needed to retrieve the firearm the CI wanted to purchase from another person.

        d. After this exchange, Detective-1 observed the CI leave the Apartment Building with ALICEA and travel to the vicinity of the intersection of East 107th Street and Lexington Avenue. While there, Detective-1 observed ALICEA interact with the CI, and the CI then left the area. Subsequently the CI met with Detective-1, Officer-2, and Officer-3 at a prearranged meeting location, and handed Detective-1 a bag the CI indicated he had received from ALICEA, which contained a substance that appeared, based on Detective-1's training and experience, to be cocaine. The CI also returned $900 of the buy money to Detective-1 and informed Detective-1 that ALICEA told the CI to return to the area later in the day to purchase the firearm.

   e. On or about February 13, 2023, Detective-1 and two other members of the NYPD ("Officer-4" and "Officer-5") met with the CI again at a prearranged location and provided the CI with $900 as well as a video and audio recording device. The CI then left to meet with ALICEA. Subsequently, Detective-1 observed the CI meet with ALICEA near the intersection of East 100th Street and 3rd Avenue. Then, Detective-1 observed ALICEA and the CI travel to an apartment building located at 1760 Lexington Avenue ("1760 Lexington"). While the CI waited outside 1760 Lexington, ALICEA went inside the building, and then returned to meet the CI. Based on my review of the audio and video recording the CI made of this white, rock-like substance, I know that when ALICEA returned, ALICEA told the CI, in substance and in part, "it's an MP9," and ALICEA said that he could get the CI bullets if necessary. Based on my training and experience, I know that an MP9 is a type of handgun.

   f. Subsequently, Detective-1 observed the CI leave the vicinity of 1760 Lexington, and the CI met with Detective-1, Officer-4, and Officer-5 at a prearranged meeting location. There, the CI provided a nine-millimeter firearm, and indicated to Detective-1 that he had purchased it from ALICEA.

   16. Based on my review of an NYPD Laboratory Report, I have learned, in substance and in part, that the white, rock-like substance the CI purchased from FRANK ALICEA, a/k/a "Frank White," the defendant, on or about February 13, 2023, tested positive for the presence of cocaine base.

   WHEREFORE, I respectfully request that a warrant be issued for the arrest of FRANK ALICEA, a/k/a "Frank White," the defendant, and that he be arrested, and imprisoned or bailed, as the case may be.

         s/ Christopher Serotta /otw
         Christopher Serotta
         Special Agent
         Federal Bureau of Investigation

Sworn to me through the transmission of
this Complaint by reliable electronic
means (telephone), this 28th day of September, 2023.

_____
THE HONORABLE ONA T. WANG
United States Magistrate Judge
Southern District of New York