# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___8/12/2025___

August

*Via CM/ECF*
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:  *United States v. Frank Alicea,*
>       25 Cr. 184 (AT)

Dear Judge Torres,

I write in advance of Frank Alicea's August 25, 2025, sentencing proceeding to respectfully request that the Court grant an adjustment of the sentencing filing deadlines and accept the defense's submission by Wednesday, August 13, 2025, and the Government's sentencing submission by Wednesday, August 20, 2025. AUSA Thomas John Wright consents to this motion. I require a two-day extension of the filing deadlines to perfect my sentencing submission and related enclosures on Mr. Alicea's behalf.

I thank the Court for its consideration of this unopposed application.

Respectfully submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:    AUSA Thomas John Wright

GRANTED.

SO ORDERED.

Dated: August 12, 2025
       New York, New York

ANALISA TORRES
United States District Judge