```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __8/22/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

FRANK ALICEA,

                Defendant.

25 Cr. 184 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    To afford the Court additional time to review the parties' materials in advance of sentencing, Defendant Frank Alicea's sentencing, currently scheduled for August 25, 2025, is ADJOURNED to **September 8, 2025**, at **1:00 p.m.**

    SO ORDERED.

Dated: August 22, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge